### 38266. GEORGIA HIGH SCHOOL ATHLETIC ASSOCIATION et al. v. WADDELL et al.

PER CURIAM.
This case now being moot, see *Georgia High School Assn. v. Waddell,* 248 Ga. 542 (285 SE2d 7) (1981) the appeal is dismissed.
*Appeal dismissed. All the Justices concur.*

DECIDED FEBRUARY 9, 1982.

*Bridges, Connell & Snow, Alan W. Connell,* for appellants.
*Chalker & Silliman, Kenneth L. Chalker,* for appellees.